

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00293-CV

| | | |
|---|---|---|
| Don Corley, Jr. | § | From the 141st District Court |
| v. | § | of Tarrant County (141-286695-16) |
| | § | April 27, 2017 |
| Gaylan Hendricks and Dan Hendricks | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Gaylan Hendricks and Dan Hendricks shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman